Fill in this information to identify the case:

Debtor name: Sterling Engineering Group of Companies, L.L.C.
United States Bankruptcy Court for the: Southern District of Texas (State)
Case number (If known): 16-31442

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Suncoast Post-Tension, Ltd.<br>15422 Lillja<br>Houston, Texas 77060 | | | | 19,305,830.47 | | |
| 2 | SEDI<br>355 Bunker Hill<br>Houston, Texas 77025 | | | | | | 390,000.00 |
| 3 | The Risk Specialty Group<br>4801 Woodway Drive Suite 300<br>East Houston, Texas 77056 | | | | | | 29,533.75 |
| 4 | Macdonald Devin Attorneys<br>3800 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270 | | | | | | 21,897.69 |
| 5 | Danny M. Sheena<br>2500 West Loop Suite 518H<br>Houston Texas | | | | | | 18,905.00 |
| 6 | DPIS Engineering, LLC<br>P.O. Box 2089<br>Tomball, Texas 77377 | | | | | | 12,125.00 |
| 7 | RLI Insurance Co Dept 3320<br>P.O. Box 844122<br>Kansas City, MO 64184 | | | | | | 7,421.57 |
| 8 | Drury Development Corporation, Inc.<br>Attn: Melinda Steamer<br>721 Emerson Road, Suite 200<br>St. Louis, MO 63141 | | | | | | 6,182.44 |

Debtor: Sterling Engineering Group of Companies, L.L.C.
Case number (if known): 16-31442

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Nangia Engineering of Texas, Ltd.<br>7423 Hollow Ridge Dr.<br>Houston, Texas 77095 | | | | | | 5,810.00 |
| 10 | Pogach & Trachtenberg PLLC<br>4200 Montrose Blvd., Suite 430<br>Houston, Texas 77006 | | | | | | 5,487.50 |
| 11 | Southwest Plumbing<br>13425 Alief Clodine Rd.<br>Houston, Texas 77082 | | | | | | 3,190.00 |
| 12 | StrucSoft Solutions<br>455 Boul Fenelon Suite 200<br>Dorval, Quebec, Canada H9S51 | | | | | | 2,890.00 |
| 13 | Architect Design & Development Inc.<br>10550 Richmond Ave, Suite 100<br>Houston, Texas 77042 | | | | | | 2,000.00 |
| 14 | Bentley<br>685 Stockton Drive<br>Exton, Pennsylvania 19341-1151 | | | | | | 1,932.26 |
| 15 | Malley Law Firm, PLLC<br>905 Orleans Suite 110<br>Beaumont, Texas 77701 | | | | | | 1,512.28 |
| 16 | Reliant<br>P.O. Box 650475<br>Dallas, Texas 75265 | | | | | | 1,310.28 |
| 17 | Roaring Penguin Software Inc.<br>17 Grenfell Crescent Suite 209C<br>Otawa, Ontario K2G 0G3 C | | | | | | 1,171.80 |
| 18 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094 | | | | | | 1,050.19 |
| 19 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | | | | | | 888.00 |
| 20 | Stratus Building Solutions<br>2537 S. Gessner Rd. #121<br>Houston, Texas 77063 | | | | | | 821.62 |