**Fill in this information to identify the case:**

Debtor name  Sterling Engineering Group of Companies, LLC

United States Bankruptcy Court for the: Southern   District of Texas
(State)

Case number (If known):  16-31442

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $ 1,032,250.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $ 1,032,250.55

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............... $ 910,830.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. + $ 18,352,175.76

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 19,263,005.78

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1